| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Haight, Jr., Charles S. | 2. Court or Organization<br><br>District Court, SDNY | 3. Date of Report<br><br>6/12/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior United States District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination        Date<br>☐ Initial   ☑ Annual      ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>141 Church Street<br>New Haven, CT 06510 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Trustee | American Scandinavian Foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 6/12/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 6/12/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Money Market | A | Dividend | K | T | | | | | |
| 2. Walt Disney Co. | A | Dividend | K | T | | | | | |
| 3. Home Depot Inc. | A | Dividend | K | T | | | | | |
| 4. Exxon Mobil Corp. | B | Dividend | K | T | | | | | |
| 5. Berkshire Hathaway | | None | M | T | | | | | |
| 6. Quest Diagnostics | A | Dividend | J | T | | | | | |
| 7. Conn St Gen Rev Bonds | C | Interest | M | T | | | | | |
| 8. Conn State Spc Tax Oblig Rev Bonds | D | Interest | M | T | | | | | |
| 9. Capital One Savings Bank (acquired ING Direct Savings Bank | A | Interest | M | T | | | | | |
| 10. US Trust Co of NY Bank of America Checking Account | | None | K | T | | | | | |
| 11. Guilford Savings Bank | | None | J | T | | | | | |
| 12. Columbia Select Large Cap. Fund | | None | K | T | Redeemed (part) | 06/02/14 | K | E | |
| 13. | | | | | Redeemed (part) | 06/19/14 | K | E | |
| 14. Accenture Ltd. | | None | | | Sold (part) | 03/14/14 | J | B | |
| 15. | | | | | Sold | 03/17/14 | J | B | |
| 16. MasterCard Inc. | A | Dividend | K | T | | | | | |
| 17. Discovery Communications, Inc. | | None | | | Sold (part) | 04/16/14 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 6/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 04/17/14 | J | D | |
| 19. Litchfield, CT GO Bonds | B | Interest | | | Redeemed | 08/15/14 | M | | |
| 20. Cheshire, CT GO Bonds | C | Interest | M | T | | | | | |
| 21. Manchester, CT GO Bonds | C | Interest | M | T | | | | | |
| 22. Southington, CT GO Bonds (Non-Callable - due 9/1/17 & 8/1/18) | D | Interest | N | T | | | | | |
| 23. Easton, CT GO Bonds | C | Interest | M | T | | | | | |
| 24. West Hartford, CT GO Bonds | C | Interest | M | T | | | | | |
| 25. Regional School District 18 CT Bonds | D | Interest | M | T | | | | | |
| 26. Wethersfield, CT GO Bonds | D | Interest | M | T | | | | | |
| 27. TJX Cos., Inc. | A | Dividend | K | T | Sold (part) | 05/27/14 | J | C | |
| 28. Church & Dwight, Inc. | A | Dividend | K | T | | | | | |
| 29. Hershey Co. | A | Dividend | K | T | Sold (part) | 12/10/14 | J | C | |
| 30. Conoco Phillips | | None | | | Sold | 01/08/14 | J | C | |
| 31. JP Morgan Alerian MLP Index ETN | B | Dividend | K | T | | | | | |
| 32. Cerner Corp. | | None | K | T | Sold (part) | 05/27/14 | J | D | |
| 33. | | | | | Sold (part) | 05/28/14 | J | B | |
| 34. | | | | | Sold (part) | 09/08/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 6/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Valeant Pharmaceuticals Intl., Inc. | A | Dividend | K | T | Sold (part) | 06/20/14 | J | C | |
| 36. Hunt JB Trans Svcs. Inc. | A | Dividend | K | T | Sold (part) | 04/11/14 | K | D | |
| 37. | | | | | Sold (part) | 04/14/14 | J | A | |
| 38. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 39. | | | | | Buy (add'l) | 07/28/14 | J | | |
| 40. Apple, Inc. | B | Dividend | L | T | Sold (part) | 02/21/14 | K | C | |
| 41. | | | | | Buy (add'l) | 06/11/14 | J | | |
| 42. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 43. | | | | | Buy (add'l) | 08/19/14 | J | | |
| 44. Google, Inc. | | None | K | T | Sold (part) | 04/15/14 | J | C | |
| 45. | | | | | Sold (part) | 06/20/14 | J | C | |
| 46. | | | | | Buy (add'l) | 12/12/14 | J | | |
| 47. Southington, CT GO Bonds (Non-Callable - due 8/1/18) | C | Interest | M | T | | | | | |
| 48. Pimco High Yield Fund | C | Interest | | | Redeemed | 08/11/14 | M | D | |
| 49. Sherwin Williams Co. | | None | | | Sold (part) | 01/09/14 | J | B | |
| 50. | | | | | Sold | 01/10/14 | J | A | |
| 51. ACE Ltd. | | None | | | Sold | 03/14/14 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 6/12/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Stericycle Inc. | | None | | | Sold (part) | 03/18/14 | J | A | |
| 53. | | | | | Sold (part) | 03/19/14 | J | A | |
| 54. | | | | | Sold (part) | 03/20/14 | J | A | |
| 55. | | | | | Sold (part) | 03/21/14 | J | A | |
| 56. | | | | | Sold (part) | 04/08/14 | J | A | |
| 57. | | | | | Sold (part) | 04/09/14 | J | A | |
| 58. | | | | | Sold (part) | 04/10/14 | J | A | |
| 59. | | | | | Sold (part) | 04/15/14 | J | A | |
| 60. | | | | | Sold (part) | 04/16/14 | J | A | |
| 61. | | | | | Sold | 04/17/14 | J | A | |
| 62. Johnson & Johnson | A | Dividend | K | T | Sold (part) | 03/14/14 | J | A | |
| 63. Flowserve Corp. | A | Dividend | | | Sold (part) | 05/27/14 | J | A | |
| 64. | | | | | Sold (part) | 05/28/14 | J | A | |
| 65. | | | | | Sold (part) | 05/29/14 | J | A | |
| 66. | | | | | Sold (part) | 06/20/14 | J | A | |
| 67. | | | | | Sold (part) | 06/23/14 | J | A | |
| 68. | | | | | Sold (part) | 11/20/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 6/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 11/21/14 | J | B | |
| 70. | | | | | Sold | 11/24/14 | J | A | |
| 71.  Polaris | A | Dividend | K | T | Sold (part) | 04/15/14 | J | B | |
| 72. | | | | | Buy (add'l) | 12/12/14 | J | | |
| 73. | | | | | Buy (add'l) | 12/15/14 | J | | |
| 74.  LyondellBasell Industries | B | Dividend | K | T | | | | | |
| 75.  Cosco Wholesale Corp. | A | Dividend | K | T | Sold (part) | 03/14/14 | J | A | |
| 76.  Gilead Sciences, Inc. | | None | K | T | Sold (part) | 08/19/14 | J | A | |
| 77. | | | | | Sold (part) | 10/28/14 | J | C | |
| 78. | | | | | Buy (add'l) | 03/24/14 | J | | |
| 79. | | | | | Sold (part) | 04/15/14 | J | | |
| 80.  Priceline Group | | None | K | T | Sold (part) | 05/27/14 | J | C | |
| 81. | | | | | Sold (part) | 11/20/14 | J | A | |
| 82.  EMC News Corp. | | None | | | Sold | 01/29/14 | J | A | |
| 83.  W.W. Grainger, Inc. | | None | | | Sold | 07/17/14 | J | C | |
| 84.  Amphenol Corp. | A | Dividend | K | T | Sold (part) | 02/11/14 | J | A | |
| 85. | | | | | Sold (part) | 02/12/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 6/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 02/13/14 | J | A | |
| 87. | | | | | Sold (part) | 11/20/14 | J | A | |
| 88. | | | | | Buy (add'l) | 12/09/14 | J | | |
| 89. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 90. American Express Co. | A | Dividend | K | T | Buy (add'l) | 03/19/14 | J | | |
| 91. Tractor Supply Co. | | None | | | Sold (part) | 04/15/14 | J | A | |
| 92. | | | | | Sold (part) | 04/16/14 | J | A | |
| 93. | | | | | Sold (part) | 04/17/14 | J | A | |
| 94. | | | | | Sold (part) | 04/17/14 | J | A | |
| 95. | | | | | Sold (part) | 04/21/14 | J | A | |
| 96. | | | | | Sold (part) | 04/22/14 | J | A | |
| 97. | | | | | Sold (part) | 04/23/14 | J | A | |
| 98. | | | | | Sold | 04/24/14 | J | B | |
| 99. Regeneron Pharmaceuticals, Inc. | | None | K | T | Sold (part) | 06/28/14 | K | D | |
| 100. Twenty-First Century Fox | | None | | | Sold (part) | 07/23/14 | K | B | |
| 101. | | | | | Sold | 07/23/14 | J | A | |
| 102. Morgan Stanley | A | Dividend | K | T | Buy (add'l) | 12/10/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 6/12/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Ocwen Financial Corp. | | None | | | Sold (part) | 01/30/14 | J | | |
| 104. | | | | | Sold (part) | 01/31/14 | J | | |
| 105. | | | | | Sold (part) | 02/03/14 | J | | |
| 106. | | | | | Sold (part) | 02/04/14 | J | | |
| 107. | | | | | Sold (part) | 02/11/14 | J | | |
| 108. | | | | | Sold | 02/12/14 | J | | |
| 109. Whole Foods Market, Inc. | | None | | | Sold | 04/16/14 | J | | |
| 110. Salesforce.com | | None | J | T | Sold (part) | 06/04/14 | J | | |
| 111. | | | | | Sold (part) | 11/20/14 | J | A | |
| 112. | | | | | Buy (add'l) | 02/11/14 | J | | |
| 113. Alliance Data Systems | | None | | | Sold (part) | 05/15/14 | K | | |
| 114. | | | | | Sold | 05/16/14 | J | | |
| 115. Metro-West T/R BD | D | Interest | N | T | | | | | |
| 116. Autozone, Inc. | | None | K | T | Buy | 03/07/14 | J | | |
| 117. | | | | | Buy (add'l) | 03/27/14 | J | | |
| 118. Starbucks | A | Dividend | K | T | Buy | 03/14/14 | J | | |
| 119. | | | | | Buy (add'l) | 03/14/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 6/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 03/17/14 | J | | |
| 121.  Tesla Motors | | None | J | T | Buy | 12/09/14 | J | | |
| 122.  McKesson Corp. | A | Dividend | K | T | Buy | 04/11/14 | K | | |
| 123. | | | | | Buy (add'l) | 04/14/14 | J | | |
| 124. | | | | | Buy (add'l) | 04/21/14 | J | | |
| 125.  Zoetis, Inc. | A | Dividend | K | T | Buy | 11/20/14 | J | | |
| 126. | | | | | Buy (add'l) | 11/20/14 | J | | |
| 127. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 128. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 129. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 130. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 131. | | | | | Buy (add'l) | 11/24/14 | J | | |
| 132. | | | | | Buy (add'l) | 11/24/14 | J | | |
| 133.  Danaher Corp. | A | Dividend | K | T | Buy | 05/22/14 | J | | |
| 134. | | | | | Buy (add'l) | 05/29/14 | J | | |
| 135.  Union Pacific Corp. | A | Dividend | K | T | Buy | 04/11/14 | K | | |
| 136. | | | | | Buy (add'l) | 07/25/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 6/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 138.  United Rentals Corp. | | None | K | T | Buy | 04/21/14 | J | | |
| 139. | | | | | Buy (add'l) | 04/22/14 | J | | |
| 140. | | | | | Buy (add'l) | 04/23/14 | J | | |
| 141.  3M Co. | A | Dividend | K | T | Buy | 05/06/14 | J | | |
| 142. | | | | | Buy (add'l) | 05/06/14 | J | | |
| 143. | | | | | Buy (add'l) | 05/07/14 | J | | |
| 144. | | | | | Buy (add'l) | 05/15/14 | J | | |
| 145. | | | | | Buy (add'l) | 05/15/14 | J | | |
| 146. | | | | | Buy (add'l) | 05/16/14 | J | | |
| 147.  Alibaba Group | | None | J | T | Buy | 10/28/14 | J | | |
| 148. | | | | | Buy (add'l) | 11/11/14 | J | | |
| 149.  Facebook, Inc. | | None | K | T | Buy | 02/05/14 | J | | |
| 150. | | | | | Buy (add'l) | 02/11/14 | J | | |
| 151. | | | | | Buy (add'l) | 02/21/14 | K | | |
| 152.  FireEye, Inc. | | None | K | T | Buy | 09/08/14 | J | | |
| 153. | | | | | Buy (add'l) | 12/09/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 6/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 12/09/14 | J | | |
| 155. Microsoft Corp. | B | Dividend | K | T | Buy | 01/29/14 | J | | |
| 156. | | | | | Buy (add'l) | 03/20/14 | J | | |
| 157. | | | | | Buy (add'l) | 04/15/14 | J | | |
| 158. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 159. Verizon | B | Dividend | K | T | Buy | 11/11/14 | J | | |
| 160. | | | | | Buy (add'l) | 11/11/14 | J | | |
| 161. | | | | | Buy (add'l) | 11/20/14 | J | | |
| 162. | | | | | Buy (add'l) | 12/09/14 | J | | |
| 163. SPDR S&P 500 ETF | A | Dividend | K | T | Buy | 12/15/14 | K | | |
| 164. DoubleLine Total Return Bond Fund | D | Interest | N | T | Buy | 08/11/14 | M | | |
| 165. | | | | | Buy (add'l) | 10/29/14 | L | | |
| 166. Columbia CT Intermediate Muni Bond Fund | C | Interest | L | T | Buy | 10/29/14 | L | | |
| 167. Amazon.com, Inc. | | None | | | Buy | 01/08/14 | K | | |
| 168. | | | | | Sold | 12/15/14 | K | | |
| 169. Celgene Corp. | | None | | | Buy | 01/10/14 | J | | |
| 170. | | | | | Sold | 03/24/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 6/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Andarko Petroleum Corp. | None | | | | Buy | 04/14/14 | J | | |
| 172. | | | | | Buy (add'l) | 04/16/14 | J | | |
| 173. | | | | | Buy (add'l) | 05/27/14 | J | | |
| 174. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 175. | | | | | Sold (part) | 01/08/14 | J | | |
| 176. | | | | | Sold (part) | 01/08/14 | J | | |
| 177. | | | | | Sold (part) | 12/09/14 | K | | |
| 178. | | | | | Sold (part) | 12/09/14 | J | | |
| 179. | | | | | Sold | 12/10/14 | J | | |
| 180.  EOG Resources, Inc. | None | | | | Buy | 04/15/14 | J | | |
| 181. | | | | | Buy (add'l) | 04/16/14 | J | | |
| 182. | | | | | Buy (add'l) | 05/27/14 | J | | |
| 183. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 184. | | | | | Buy (add'l) | 11/05/14 | J | | |
| 185. | | | | | Sold (part) | 12/09/14 | J | | |
| 186. | | | | | Sold (part) | 12/09/14 | J | | |
| 187. | | | | | Sold | 12/10/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 6/12/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Las Vegas Sands Corp. | | None | | | Buy | 05/29/14 | J | | |
| 189. | | | | | Sold | 10/20/14 | J | | |
| 190. Automation, Inc. | | None | | | Buy | 06/20/14 | J | | |
| 191. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 192. | | | | | Buy (add'l) | 06/23/14 | J | | |
| 193. | | | | | Buy (add'l) | 06/23/14 | J | | |
| 194. | | | | | Buy (add'l) | 06/24/14 | J | | |
| 195. | | | | | Sold (part) | 10/01/14 | J | | |
| 196. | | | | | Sold | 10/02/14 | J | | |
| 197. | | | | | | | | | |
| 198. | | | | | | | | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |
| 202. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Haight, Jr., Charles S. | 6/12/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles S. Haight, Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544